UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

KRISTY WILSON, et al.
Plaintiff,

v.

Case No. 3:13-cv-01328

MICROS SYSTEMS INC.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs, Kristy Wilson, et al., hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of Georgia. Attached is a Certificate of Good Standing from that Court.

s/ Jerilyn E. Gardner
Signature

Name: Jerilyn E. Gardner

Address: White Provision, Ste. 305

Address: 1170 Howell Mill Road, NW

Address: Atlanta, GA 30318

Phone: (404) 995-8808

Email: jgardner@friedbonder.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via U.S. first class mail, postage prepaid, on this the 16th day of December, 2013, to the following:

Micros Systems, Inc.
c/o Registered Agent
National Registered Agents, Inc.
800 South Gay Street, Suite 2021
Knoxville, TN 37929

/s/ *Michael L. Russell*
Michael L. Russell