ORDER:
Motion granted.
A case management conference by telephone is set for May 27, 2014, at 9:30 A.M. Counsel shall call 615-695-2857 to participate.

John Bryant, USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KRISTY WILSON, DARREN MOORE, AND )
KISHA ULYSSE, INDIVIDUALLY, AND )
ON BEHALF OF ALL OTHERS )
SIMILARLY SITUATED, )
                                    ) Case No. 3:13-cv-01328
      Plaintiffs, )
                                     ) Judge Campbell
v.                                    ) Magistrate Judge Bryant
                                     )
MICROS SYSTEMS INC., )
      Defendant. )
                                     )

## JOINT MOTION FOR FOLLOW-UP CASE MANAGEMENT CONFERENCE

The parties jointly move the Court to schedule a follow-up case management conference during the week of May 19, 2014. In support this motion, the parties show the Court the following:

1. On January 30, 2014, the Court entered its Initial Case Management Order. Doc. 20. This Order directed the Parties to jointly move the Court to schedule a follow-up Case Management Conference after the Court rules on the Parties' joint stipulation to conditional certification. *Id.* at 8.

2. On January 31, the Court entered its Consent Order Conditionally Certifying 29 U.S.C. § 216(b) Collective Action and Authorizing Notice. Doc. 25. This Order prescribed a series of deadlines and a 60 day opt-in period. *Id.* Following the closure of the opt-in period, the parties will be able to assess the size of the putative class and make informed proposals to the Court regarding discovery and other case deadlines.