IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


KRISTY WILSON, et al.                    )
                                         )
v.                                       ) NO. 3-13-1328
                                         ) JUDGE CAMPBELL
MICROS SYSTEMS INC.                      )


ORDER


In light of the parties' Joint Stipulation of Dismissal Without Prejudice of California Injunctive Claims (Docket No. 59), Defendant's Motion to Dismiss Injunctive or Declaratory Relief Claims (Docket No. 17) is denied as moot.

Plaintiffs' claims for injunctive relief under California laws are dismissed without prejudice as set forth in the Joint Stipulation of Dismissal.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE