IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KRISTY WILSON, DARREN MOORE, AND )
KISHA ULYSSE, INDIVIDUALLY, AND )
ON BEHALF OF ALL OTHERS )
SIMILARLY SITUATED, ) Case No. 3:13-cv-01328
)
         Plaintiffs, ) Judge Campbell
) Magistrate Judge Bryant
v. )
)
MICROS SYSTEMS INC., )
)
         Defendant. )

## ~~PROPOSED~~ SUPPLEMENTAL CASE MANAGEMENT ORDER

In keeping with the Joint Motion for Follow-up Case Management Conference filed with this Court (Doc. 26) and this Court's Order granting the same (Doc. 27), the parties submit this proposed supplemental case management order.

Subject to the Court's approval, the parties have agreed in principle to a period of limited discovery and then to engage in early mediation in late August or early September of 2014. The parties have further agreed to use Allen Blair for this purpose, subject to his availability. While the parties continue to exchange information regarding the scope of limited discovery, it is anticipated that it will involve limited depositions and written discovery to obtain the information needed to make mediation meaningful and informed. To the extent there are any issues on the scope of this limited discovery that cannot be resolved by agreement then they will be presented for discussion at the telephone conference that is set for May 27, 2014.

If the parties are not successful in mediation then proposed deadlines for discovery, expert reports and dates for any motions to decertify and/or motions for summary judgment will be submitted to the Court within 30 days of determining that the case will proceed on the merits.

It is so ORDERED:

_____
JOHN S. BRYANT
United States Magistrate Judge

2